IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK JACKSON,
                Plaintiff,

v.

ROHM & HAAS COMPANY, et al.,
                Defendants.

Civil Action No. 05-4988

**MEMORANDUM / ORDER**

August 29, 2007

      Doubtless because they love the law, the plaintiff and the principal defendants have jousted with each other in several lawsuits—three in this court, in addition to ongoing state-court litigation. Recently this proliferation of lawsuits has become the catalyst of a flood of communications sent to this court—sometimes with this court as the addressee, but frequently with this court as an auxiliary recipient of a copy of a document of which another person or court is the addressee. In a great many instances these communications have not come through the Clerk's Office as formal filings, so they do not form part of the court record. This proliferation of non-formal communications may be a soothing response to counsel's epistolary inclinations, but it does not make for orderly adjudication. Henceforth, any communication to this court pertinent to this litigation is to be FILED in the Clerk's Office. Once a document has been filed with the Clerk's Office, counsel may transmit a courtesy copy directly to Chambers.

                                            BY THE COURT:

                                            /s/ Louis H. Pollak
                                            Pollak, J.