IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK JACKSON, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROHM & HAAS COMPANY, et al. | : | NO.   05-4988 |
| | : | |
| Defendants | : | |

**ORDER**

AND NOW, this          day of                    , 2008, upon consideration Plaintiff's Motion to Disqualify Harkins Cunningham LLP and Its Individual Attorneys, and any response thereto, it is hereby ORDERED that said motion is GRANTED as follows:

    1.    The lawfirm of Harkins Cunningham LLP and its individual attorneys are disqualified from further participation in these proceedings;

    2.    A Rule to Show Cause is hereby issued as to why the lawfirm of Harkins Cunningham LLP and its Individual attorneys who have entered an appearance in this case should not be referred to the Disciplinary Board of the Supreme Court of Pennsylvania.

    3.    Defendants presently represented by Harkins Cunningham LLP shall have ten (10) days from the date of this

Order to obtain new counsel.

_____                              **BY THE COURT:**

 

                                                                                            _____
                                                                                                              Angell, J.____