**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK JACKSON, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROHM AND HAAS COMPANY, et al. | : | NO.   05-4988 |
| | : | |
| | : | |
| Defendants | : | |

**PLAINTIFF'S MOTION TO DISQUALIFY**
**HARKINS CUNNINGHAM LLP AND ITS INDIVIDUAL ATTORNEYS**

Plaintiff, Mark Jackson, by his counsel, hereby sets forth his Motion to Disqualify

Harkins Cunningham LLP and Its Individual Attorneys.  For the reasons set forth in the attached

memorandum of law, plaintiff's motion should be granted.

WHEREFORE, plaintiff's motion should be GRANTED.

**RICHARD J. SILVERBERG & ASSOCIATES, P.C.**

BY:  Validation of Signature Code RJS1716
**RICHARD J. SILVERBERG**
1500 Walnut Street, Suite 1500
Philadelphia, PA 19102
(215) 546-1110
Attorneys for Plaintiffs