## CERTIFICATE OF SERVICE

I, RICHARD J. SILVERBERG, ESQUIRE, hereby certify that on June 2, 2008, I served a true and correct copy of Plaintiff's Motion to Disqualify Harkins Cunningham LLP and Its Individual Attorneys, via the Court's ECF system, upon all interested parties as identified below:

STEVEN A. REED, ESQUIRE
HARKINS CUNNINGHAM LLP
2800 ONE COMMERCE SQUARE
2005 MARKET STREET
PHILADELPHIA, PA 19103

MICHAEL J. MILLER, ESQUIRE
DRINKER, BIDDLE & REATH LLP
ONE LOGAN SQUARE
18TH AND CHERRY STREETS
PHILADELPHIA, PA 19103-6996

_____
RICHARD J. SILVERBERG

_____
DATE

Jackson (RicoCon)/Cert of Service