IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK JACKSON,<br>                Plaintiff,<br><br>v.<br><br>ROHM & HAAS COMPANY, et al.,<br>                Defendants. | Civil Action No. 05-4988 |

**ORDER**

AND NOW, this 19th day of March, 2009, for the reasons stated in the accompanying opinion, it is hereby ORDERED that plaintiff's "Motion to Vacate the Reference of the Instant Matter to Magistrate Judge M. Faith Angell" (Docket No. 196) is DENIED.

BY THE COURT:

/s/ Louis H. Pollak, J.
Pollak, J.

1.