IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK JACKSON,<br>             Plaintiff,<br><br>      v.<br><br>ROHM & HAAS COMPANY, et al.,<br>             Defendants. | Civil Action No. 05-4988 |

# ORDER

AND NOW, this 20th day of March, 2009, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, as well as objections submitted by plaintiff, it is hereby ORDERED that:

1. The Report and Recommendation (Docket No. 211) is APPROVED and ADOPTED.

2. Plaintiff's Objections (Docket No. 220) are OVERRULED.

3. Plaintiff's Motion for Preliminary Injunction To Enjoin The Merger Between Rohm and Haas Company And The Dow Chemical Company And The Acquisition Of Safeco Insurance Company by The Liberty Mutual Group And To Require Full And Proper Disclosures (Docket No. 184) is DENIED.

4. Plaintiff's Motion for Leave to File a Supplemental Memorandum (Docket No. 246) is DENIED as moot.

BY THE COURT:

/s/ Louis H. Pollak, J.
POLLAK, J.