IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK JACKSON,<br>    Plaintiff,<br><br>v.<br><br>ROHM & HAAS COMPANY, et al.,<br>    Defendants. | Civil Action No. 05-4988 |

## ORDER

AND NOW, this 1st day of April, 2011, upon consideration of the motion of Lori Hamlin and Nancy Mayo for an injunction and/or to hold Mark Jackson in contempt, *see* Docket No. 260, and after review of the Report and Recommendation of Magistrate Judge M. Faith Angell, to which Hamlin and Mayo have not objected, it is hereby ORDERED that:

1. The Report and Recommendation (Docket No. 264) is APPROVED and ADOPTED.

2. Lori Hamlin and Nancy Mayo's motion for an injunction and/or to hold Mark Jackson in contempt (Docket No. 260) is DENIED.

BY THE COURT:

/s/ Louis H. Pollak
POLLAK, J.